UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 2:11-cr-20066

vs.

                              Honorable Robert H. Cleland

JEFF GARVIN SMITH, et al.

        Defendants.
_____/

## APPEARANCE OF COUNSEL

TO:   CLERK OF THE COURT

      Please enter the appearance of LINDA AOUATE, Assistant United States Attorney, on behalf of the United States of America, with respect to criminal forfeiture matters only, in the above-entitled action. This appearance is in addition to the appearance of Assistant United States Attorney SAIMA S. MOHSIN and Assistant United States Attorney ERIC M. STRAUS and TRIAL ATTORNEY JEROME MAIATICO for the United States, and is not a substitution of counsel.

                              BARBARA L. McQUADE
                              United States Attorney

                              s\Linda Aouate
                              LINDA AOUATE (P70693)
                              Assistant United States Attorney
                              211 W. Fort Street, Suite 2001
                              Detroit, Michigan 48226
                              (313) 226-9587

Dated:   October 31, 2014        e:mail: linda.aouate@usdoj.gov

## *CERTIFICATION OF SERVICE*

I hereby certify that on October 31, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

s\Linda Aouate
LINDA AOUATE (P70693)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9587
e:mail: linda.aouate@usdoj.gov